UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN MONIZ, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF DELANO, CALIFORNIA, <br><br> Defendant. | ) Case No.: 1:13-cv-00093 - JLT <br> ) <br> ) ORDER AFTER NOTICE OF SETTLEMENT <br> ) <br> ) (Doc. 46) <br> ) <br> ) <br> ) <br> ) |

On January 12, 2015, the parties filed a joint notice that the matter has been settled in full. (Doc. 46) Pursuant to Local Rule 160, IT IS HEREBY ORDERED:

1. The stipulated request for dismissal SHALL be filed no later than February 13, 2015;
2. All pending dates, conferences and hearings are VACATED and any pending motions are ordered TERMINATED.

IT IS SO ORDERED.

Dated: **January 13, 2015**                  **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE

1