Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone:    559.256.7800
Facsimile:    559.449.4535

Attorneys for Defendant
CITY OF DELANO


Randall Martin Rumph
LAW OFFICES OF RANDY RUMPH
1401 19th Street, Suite 117
Bakersfield, CA 93301
Telephone:        (661) 322-8478
Facsimile:        (661) 322-8478
E-mail:        rmrlaw10@sbcglobal.net

Attorney for Plaintiff
ROBIN MONIZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN MONIZ,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF DELANO, CALIFORNIA; DOES 1 through 100,<br><br>            Defendant. | Case No.:  1:13-CV-00093 JLT<br><br>**[PROPOSED] ORDER STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |

The Court **GRANTS** the parties' request to extend the deadline to file dispositional documents is extended to March 12, 2015.

IT IS SO ORDERED.

   Dated:   **February 17, 2015**          **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE