UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN MONIZ, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF DELANO, CALIFORNIA, <br><br> Defendant. | Case No.: 1:13-cv-00093 - JLT <br><br> ORDER GRANTING STIPULATION FOR AN EXTENSION OF TIME TO DISMISS THE MATTER <br><br> (Doc. 50) |

On January 12, 2015, the plaintiff notified the Court that the parties had entered into an "unconditional" settlement. (Doc. 46)  The Court issued an order after this notice vacating the impending trial date and requiring that the stipulated dismissal be filed no later than February 13, 2015. (Doc. 47)

On February 13, 2015, the parties filed a stipulation seeking additional time to complete the settlement. (Doc. 48)  The parties notified the Court that "an issue has arisen which the parties, by and through their respective counsel of record, have diligently been trying to resolve." Id. at 1.  Though counsel do not set forth the nature of the "issues," the stipulation continued, "The parties are hopeful that the issue is resolved, one way or another, over the next few weeks." Id.  In response, the Court issued an order extending the deadline to file the dismissal to March 12, 2015. (Doc. 49)

On March 13, 2015, the parties filed a nearly identical stipulation as they filed in February

1

which recited <u>the exact same information as in the prior stipulation</u>.  (Doc. 50) Without providing any explanation why the "issues" could not resolved in the last 30 days, they seek an extension of time until April 10, 2015 to complete the dismissal.  (Doc. 50)

      The court will **GRANT** this **<u>last</u>** stipulation making the filing of the dismissal to occur no later than April 10, 2015.  **<u>No further extensions of time will be granted.</u>**

IT IS SO ORDERED.

   Dated:   **March 13, 2015**                              **/s/ Jennifer L. Thurston**
                                                                                           UNITED STATES MAGISTRATE JUDGE