UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN MONIZ,<br><br>            Plaintiff,<br><br>       v.<br><br>CITY OF DELANO, CALIFORNIA,<br><br>            Defendant. | Case No.: 1:13-cv-00093 - JLT<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE THE STIPULATED REQUEST FOR DISMISSAL |

On January 12, 2015, the parties filed a joint notice that the matter has been settled in full. (Doc. 46)  Thereafter, the Court issued an order requiring the parties to file a stipulated dismissal by February 13, 2015.  (Doc. 47)  However, the Court granted stipulations to extend this deadline on February 17 and March 13, 2015.  (Docs. 49, 51)

In the last order granting an extension of time to file the dismissal, the Court noted that the two stipulations used nearly the exact same language without demonstrating what impediment existed to completing the settlement and ordered, "The court will **GRANT** this last stipulation making the filing of the dismissal to occur no later than April 10, 2015.  **No further extensions of time will be granted.**" (Doc. 51 at 2)  Despite this, no stipulated request for dismissal has been filed.  Therefore, the Court **ORDERS:**

///

///

1

1. No later than **May 29, 2015**, the parties SHALL show cause in writing why sanctions should not be imposed for their failure to comply with the Court's orders. Alternatively, the parties may file the stipulated request for dismissal within this same time period.

IT IS SO ORDERED.

Dated:   **May 14, 2015**                    /s/ Jennifer L. Thurston
                                             UNITED STATES MAGISTRATE JUDGE