1
2
3
4
5
6
7

8               **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11   ROBIN MONIZ,                                  )   Case No.: 1:13-cv-00093 - JLT
                                                   )
12              Plaintiff,                         )   ORDER CLOSING CASE
                                                   )
13         v.                                      )
                                                   )
14   CITY OF DELANO, CALIFORNIA,                   )
                                                   )
15              Defendant.                         )
                                                   )
16

17         On May 18, 2015, the parties filed a stipulated request for dismissal with prejudice pursuant to

18   Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 53)  Rule 41(a)(1)(A)(ii) permits a plaintiff to

19   dismiss an action without a court order if all of the parties appearing in the action have so stipulated.

20         Here, all of the parties appearing in this action have stipulated to the dismissal of the action with

21   prejudice. Accordingly, the Court DIRECTS the Clerk of the Court is to CLOSE this case.

22

23   IT IS SO ORDERED.

24      Dated:   **May 19, 2015**                      **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                                   1